# EXHIBIT "C"

{EXHIBIT A: }

| pr_firstname | pr_lastname | pr_instname | pr_npi | sv_diag_nbr | sv_diag2_nbr | sv_diag3_nbr | sv_proc_nbr | sv_ymdeff | sv_ymdend | sv_ymdpaid | sv_orig_modifier1 | sv_amtcharge | sv_amtpay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IVAN | MENDOZA | | 1770790057 | I252 | R9431 | | 93010 | 20170111 | 20170111 | 20170123 | | 1900 | 723 |
| JMG ER PHYSICI | ANS | JMG ER PHYSICIANS | 1235378001 | Z043 | | | 99285 | 20170111 | 20170111 | 20170220 | | 67000 | 18609 |
| JACKSON SOUTH | MEDICAL CENTER | JACKSON SOUTH MEDICAL CENTER | 1174601397 | M25562 | I10 | R079 | R450 | 20170111 | 20170111 | 20170213 | 25 | 123200 | 31600 |