# EXHIBIT "D"

{EXHIBIT A: }

| pr_firstname | pr_lastname | pr_instname | pr_npi | sv_diag_nbr | sv_diag2_nbr | sv_proc_nbr | sv_ymdeff | sv_ymdend | sv_ymdpaid | sv_amtcharge | sv_amtpay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PARAGON CONTRA | CTING SERVICES | PARAGON CONTRACTING SERVICES INC | 1225071459 | S161XXA | R51 | 99283 | 20161203 | 20161203 | 20170327 | 73400 | 6604 |
| UNIVERSITY OF | MIAMI HOSPITAL | UNIVERSITY OF MIAMI HOSPITAL | 1396946208 | S161XXA | R51 | R450 | 20161203 | 20161203 | 20170306 | 50076 | 2671 |