**SECOND AMENDMENT TO THE
LIMITED LIABILITY COMPANY OPERATING AGREEMENT
OF
MSP RECOVERY CLAIMS, SERIES LLC**
(a Delaware limited liability company)

THIS SECOND AMENDMENT TO THE LIMITED LIABILITY COMPANY OPERATING AGREEMENT (the "*Second Amendment*") of **MSP RECOVERY CLAIMS, SERIES LLC**, a Delaware series limited liability company (the "Company"), is adopted by Series MRCS, a series of MDA, Series LLC (the "Manager") as manager of the Company and is to be effective as of May 5, 2017.

## RECITALS

A.   The Company is subject to the Limited Liability Company Operating Agreement as of March 2, 2017 (the "*LLC Agreement*") as amended by the First Amendment and Restatement to the Limited Liability Company Operating Agreement effective May 4, 2017; and

B.   The undersigned Manager is amending the LLC Agreement pursuant to Article XI of the LLC Agreement.

In consideration of the premises herein made, and the representations, warranties and covenants herein contained, it is agreed as follows:

## AGREEMENT

1.   The recitals set forth above are true, complete and accurate and are incorporated herein by reference as if fully set forth herein, and the LLC Agreement is hereby amended as stated herein.

2.   **Amendment to Article II.**

The following language is added to "Section 2.3 Purpose" of the LLC Agreement:

Without limiting the foregoing, the Company's purposes include owning and pursuing claims recovery and reimbursement rights assigned to the Company or any of its designated series, by Medicare Advantage Organizations, health plans, Health Maintenance Organizations, Maintenance Service Organizations, Independent Practice Associations, and other health care organizations or providers authorized by state or federal law, or other administrative or licensing agencies, to pay for, provide or arrange for the provision of medical and health care services or supplies to persons, including but not limited to those who are covered under government healthcare programs such as Medicare, Medicare Advantage or Medicaid. The Company will own the assigned rights but may segregate the assignments by establishing series interests pursuant to Title 6, §18-215 of the Delaware Code to serve as units of the Company. For avoidance of doubt, the Company is authorized to pursue or assert any claim or suit capable of being asserted by any designated series arising from, or by virtue of, an assignment to a designated series.

3. **Amendment to Article III.**

The following sub-section is hereby added to and made a part of Section 3.1 of the LLC Agreement:

(d) Assignments to Series.

Each designated Series will be owned by and form a part of the Company. A Certificate of Designation for a Series may set forth a specific business purpose for that Series. Each Series will maintain records which account for the assets and liabilities associated with such Series. The Company will own and control any and all Series interests and all claims rights transferred from any assignor and may allocate any assets, including assignments, to a designated Series. Accordingly, (i) the Company will maintain the legal right to sue on behalf of each of its Series and be entitled to pursue any and all rights, benefits, and causes of action arising from assignments to a Series, and (ii) the Company may in its own name, or in the name of the Series, seek reimbursement of Medicare payments made by assignors. Any claim or suit capable of being asserted or brought by a Series may be brought by the Company in its own name or it may elect to bring suit in the name of the designated Series.

4. **Miscellaneous**.

(a) The LLC Agreement is reaffirmed and ratified in all respects, except as expressly provided herein.

(b) In the event of any conflict between the terms or provisions of this Amendment and the LLC Agreement, then this Amendment shall prevail in all respects. Otherwise, the provisions of the LLC Agreement shall remain in full force and effect.

(c) The Members shall execute and deliver any other instruments or documents and take any further actions after the execution of this Amendment, which may be reasonably required for the implementation of this Amendment and the transactions contemplated hereby.

(d) This Amendment may be signed in counterparts and each signed counterpart shall constitute a part of the whole. A faxed or .PDF signature of this Amendment shall be accepted and considered the same as an original signature.

*[Signature Page Directly Follows]*

The undersigned have executed this Amendment as of the date first above written.

**MANAGER:**

**Series MRCS,**
**a designated series of MDA Series, LLC**
a Delaware series limited liability company

By: _____
Name: John H. Ruiz
Title: Manager

3