UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20887-CIV-ALTONAGA/O'Sullivan

**MSP RECOVERY CLAIMS,
SERIES LLC**,

      Plaintiff,

v.

**UNITED AUTOMOBILE
INSURANCE CO.**,

      Defendant.
_____/

**FINAL JUDGMENT**

Pursuant to the Court's Order [ECF No. 152] granting Defendant's Motion for Summary Judgment [ECF No. 124], it is

**ORDERED AND ADJUDGED** that final judgment is entered in favor of Defendant, United Automobile Insurance Company.

**DONE AND ORDERED** in Miami, Florida, this 13th day of July, 2021.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record